STEPHEN L. BURTON (State Bar No. 113748)
Law Offices of Stephen L. Burton
16133 Ventura Blvd., 7th Floor
Encino, CA 91436
Telephone: (818) 501-5055
Facsimile: (818) 501-5849

Attorney for Debtor, Vladimir Vekic

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk- |
| Vladimir Vekic | Chapter 11 |
| Debtor. | MOTION TO VACATE DISMISSAL OF CASE TO TEMPORARILY IMPOSE AUTOMATIC STAY PENDING HEARING ON MOTION TO VACATE AND DECLARATION OF STEPHEN L. BURTON IN SUPPORT THEREOF |
| | DATE:<br>TIME:<br>PLACE: |

MOTION TO VACATE

The Debtor hereby moves for an order vacating the dismissal of his case.

1.    The dismissal of the case should be vacated. Counsel mis calendered the time of the hearing June status conference. Debtor and counsel arrived late for the 9:30 hearing. The Court indicated on the record the Court and the U.S. Trustee concluded Counsel and the Debtor had just given up on the case. On the contrary. The Debtor is prepared to file his Disclosure Statement and Plan of Reorganization. The Debtor is able to cure arrears on his primary home and rental income over five years, and pay all unsecured creditors, which are few, in full. Moreover, a foreclosure sale of the Debtor's primary residence is presently set for July 5, 2018 so

-1-

there is a pressing necessity for a decision to issue on vacating the dismissal, or at least staying the sale until such time as a decision to vacate the dismissal can be heard on regular notice after the Debtor has filed his disclosure statement and proposed plan of organization.

2. For the reasons cited above, the dismissal of the case should be vacated.

Dated: 6/27/2018 Respectfully Submitted,

 Stephen L. Burton, Attorney for Debtor

### DECLARATION OF STEPHEN L. BURTON

I, Stephen L. Burton, declare as follows:

1. I am the attorney for the Debtor in the within proceeding. As such, I have personal knowledge of the foregoing, and if called to testify could competently testify thereto.

2. I make this Declaration in support of Debtor's Motion to Vacate the Dismissal of his case.

3. I had calendared the June 20, 2018 status conference for 10:30 am, and not the correct time of 9:30 am. I was actually in the building at 9:30 to appear before Judge Kaufman. When I finished before Judge Kaufman, and still before 10:30 am. I went to Judge Tighe's Courtroom and found the outer door locked. It did not open until 11:00 am.

4. Judge Tighe indicated on the record she surmised the Debtor and I had abandoned the case and therefore did not appear. The is untrue. The Court and counsel discussed the reasons for dismissal briefly on the record. The Debtor is earning sufficient income to pay bring his home loan current over five years and pay back taxes and his unsecured taxes creditors in full over five years.

-2-

5. Ditech, the Debtor's mortgage company has scheduled July 5, 2018 as the foreclosure sale date for Debtor's primarily residence on Amestoy. The dismissal of the case should be vacated. Alternatively, the sale should be temporarily stayed if the court feels this Motion should be heard on notice, or upon the return of Judge Tighe. Providing additional time for hearing on this Motion will also enable the Debtor time to file his Disclosure Statement and Proposed Plan of Reorganization.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 27th day of June, 2018 at Encino, California.

STEPHEN L. BURTON, Declarant

-3-